UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 14-10005-CR-MARTINEZ-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN FRANCISCO SOCA, SR.,
JOSE ANTONIO SOCA, and
JUAN FRANCISCO SOCA, JR.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE SNOW'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Defendant Juan Francisco Soca, Sr.'s Motion to Suppress Evidence and Statements (D.E. No. 45) and Defendant Juan Francisco Soca, Jr.'s Motion to Suppress Statements (D.E. No. 46). Magistrate Judge Snow filed a Report and Recommendation (D.E. No. 65), recommending that (a) Defendant Juan Francisco Soca, Sr.'s Motion to Suppress Evidence and Statements be denied; and (b) Defendant Juan Francisco Soca, Jr.'s Motion to Suppress Statements be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Snow's Report and Recommendation (D.E. No. 65) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Defendant Juan Francisco Soca, Sr.'s Motion to Suppress Evidence and Statements (D.E. No. 45) is **DENIED**.

2. Defendant Juan Francisco Soca, Jr.'s Motion to Suppress Statements (D.E. No. 46) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this  1  day of August, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record